# THE ATTORNEY GENERAL
# OF TEXAS
ATTORNEY GENERAL


March 10, 1969

Honorable John Allen
Chairman, Conservation and
  Reclamation Committee,
House of Representatives
State Capitol Building
Austin, Texas 78711

Opinion No. M-351

Re: House Bill No. 176, 61st
Legislature, amending
Article 7468, Revised
Civil Statutes of Texas,
1925; effect on fifty-
year protection clause
in the Constitution.

Dear Mr. Allen:

    As Chairman of the Conservation and Reclamation Committee you have submitted to us House Bill No. 176, and asked our opinion as to whether or not its effect will be to supersede the existing fifty-year protection clause set out in Section 49(d) of Article III of the Constitution of Texas.

    This constitutional provision was adopted November 6, 1962, and as amended November 8, 1966, regulates the acquisition and development of water storage facilities, filtration, treatment and transportation of water, and enlargement of reservoirs. The pertinent proviso reads: "....provided, however, the Texas Water Development Fund or any other state fund provided for water development, transmission, transfer or filtration shall not be used to finance any project which contemplates or results in the removal from the basin of origin of any surface water necessary to supply the reasonable foreseeable future water requirements for the next ensuing fifty-year period within the river basis of origin, except on a temporary, interim basis."

    House Bill No. 176 amends present Article 7468, Revised Civil Statutes of Texas, 1925, by adding thereto the words "or for any other beneficial use." Article 7468 provides the purposes for which water may be stored.

    You have advised that the words "beneficial use" resulted in some concern among members of the House as to whether or not the Water Development Board could transfer

water from East Texas basins to other basins and thus circumvent the fifty-year protection clause in the Constitution.

It is the opinion of this office that the mere addition of the words "or for any other beneficial use" could not legally be used to violate or circumvent the fifty-year period restriction written into the Constitution of Texas by Section 49(d) of Article III.

Furthermore, we have been assured by counsel for the Texas Water Development Board that there is no intent on the part of the Texas Water Development Board to use this language as an overriding construction of the constitutional fifty-year restriction.

## SUMMARY

Amendment to Article 7468, Revised Civil Statutes of Texas, by House Bill No. 176 by adding the words, "or for any other beneficial use", does not override the fifty-year protection clause in Article III, Section 49(d) of the Constitution of Texas.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Vince Taylor
Assistant Attorney General

APPROVED:

OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman
John Grace
Fisher A. Tyler
Roland Allen
Houghton Brownlee

W. V. Geppart
Staff Legal Assistant